BLUE CROSS & BLUE SHIELD OF MICHIGAN v GOVERNOR, No. 68903. Reported *ante,* 1. LEVIN, J., would grant rehearing or grant a stay pending appeal to the United States Supreme Court.

On reconsideration June 25, 1985, the order of judgment is stayed pending appeal to the United States Supreme Court until July 9, 1985.